IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

HECTOR LOPEZ                                      :         CIVIL ACTION
                                                  :
          v.                                      :
                                                  :
LIBERTY MUTUAL GROUP, INC.                        :         NO. 23-5128

## ORDER

AND NOW, this 11th day of March 2024, upon consideration of Plaintiff's Complaint (Doc. 1-1), Defendant's Motion to Dismiss Counts II and III of the Complaint with prejudice (Doc. 5), Plaintiff's response in opposition (Doc. 7), and after holding a teleconference with counsel on March 8, 2024, and for the reasons stated in the accompanying Memorandum, IT IS HEREBY ORDERED that the MOTION IS GRANTED IN PART AND DENIED IN PART.

The motion is GRANTED to the extent that Counts II and III of the Complaint are DISMISSED, and it is DENIED to the extent that dismissal is WITHOUT PREJUDICE as to both counts.

IT IS FURTHER ORDERED that the parties have two weeks from the date of this Order, or until March 25, 2024, to advise the Court as to whether this matter is arbitration eligible.

BY THE COURT:

/s/ Elizabeth T. Hey

ELIZABETH T. HEY
UNITED STATES MAGISTRATE JUDGE